## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

EDWARD VALE,

    Plaintiff,

v.                                      CASE NO. 4:11cv501-MP-WCS

FLORIDA PAROLE COMMISSION,
et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 11, 2011. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED pursuant to 28 U.S.C. § 1915(g)

3. Plaintiff's complaint (doc.1) is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

4. Plaintiff's motion for leave to file supplemental exhibit (doc. 8) is DENIED.

**DONE and ORDERED** this 12th day of December, 2011.

                                                   *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**